IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CARLOS RUBEN FUENTES, | ) | |
|     Petitioner, | ) | Civil Action No. 7:16cv00015 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| COMMONWEALTH OF VIRGINIA, | ) | |
| DEPARTMENT OF CORRECTIONS, *et al.*, | ) | By: Norman K. Moon |
|     Respondents. | ) | United States District Judge |

By order entered March 11, 2016, the court conditionally filed this action and directed Fuentes to provide certain financial documentation and timeliness information before the court would proceed with his petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. The court advised Fuentes that failure to comply with the court's order within ten days would result in dismissal of his petition without prejudice. Fuentes responded, but only provided part of the required financial documentation. Inasmuch as the time to respond has passed and Fuentes has failed to comply with the court's order, I will dismiss this action without prejudice. Fuentes is advised that he may refile his claims in a separate action.

    **ENTER**: This 30th day of March, 2016.

                                                        /s/ Norman K. Moon
                                                      NORMAN K. MOON
                                                      UNITED STATES DISTRICT JUDGE