# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| CARLOS RUBEN FUENTES, | ) | |
|     Petitioner, | ) | Civil Action No. 7:16cv00015 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COMMONWEALTH OF VIRGINIA, | ) | |
| DEPARTMENT OF CORRECTIONS, *et al.*, | ) | By: Norman K. Moon |
|     Respondents. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that this action is **DISMISSED without prejudice** and **STRICKEN** from the active docket of the court.

Further, finding that Fuentes has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send a copy of this order to petitioner.

**ENTER**: This 30th day of March, 2016.

                                                        NORMAN K. MOON
                                                        UNITED STATES DISTRICT JUDGE